FILED
CLERK, U.S. DISTRICT COURT

JUL 23 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR 04-1311-DDP |
|---|---|
| Plaintiff, | ) ORDER OF DETENTION AFTER |
| v. | ) HEARING ( Fed.R.Crim.P. 32.1(a)(6) |
|  | ) Allegations of Violations of Probation |
|  | ) Supervised Release) |
| Eduardo Vasquez | ) Conditions of Release) |
| Defendant. | ) |

   On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

   The court finds no condition or combination of conditions that will reasonably assure:

   (A)  (✓)   the appearance of defendant as required; and/or
   (B)  (✓)   the safety of any person or the community.

//
//

The court concludes:

A.  (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_Defendant's ongoing criminal activity is not a concern regarding safety of the community_

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_Defendant's ties outside the country will not pose a risk of flight_

IT IS ORDERED that defendant be detained.

DATED: 7/23/2010

JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE